UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE LUIS RAMIREZ-INDA,<br><br>　　　　　　　　　Defendant. | CASE NO. 17-430 BAT<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is serving a state prison sentence and stipulated to detention in this matter.

It is therefore **ORDERED**:

(1)　Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)　Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER - 1

1  (3) On order of a court of the United States or on request of an attorney for the
2 Government, the person in charge of the correctional facility in which Defendant is confined
3 shall deliver the defendant to a United States Marshal for the purpose of an appearance in
4 connection with a court proceeding; and

5  (4) The Clerk shall provide copies of this order to all counsel, the United States
6 Marshal, and to the United States Probation and Pretrial Services Officer.

7  DATED this 6th day of September, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

DETENTION ORDER - 2