THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIS RAMIREZ-INDA, <br><br> Defendant. | No. CR 18-252-RSL <br><br> ~~(PROPOSED)~~ ORDER GRANTING DEFENSE UNOPPOSED MOTION TO FILE OVERLENGTH REPLY |

Upon the unopposed motion of the Defense to file an Overlength Reply in excess of the 6-page limitation imposed by Local Rule 12(c)(6) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that by leave of Court it is hereby granted for the defendant to file a Reply not to exceed 16 pages.

IT IS SO ORDERED.

DONE this 6th day of Nov., 2018.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION
TO FILE OVERLENGTH REPLY
(*USA v. Jose Ramirez-Inda*; CR18-252RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100