# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIS RAMIREZ-INDA, <br><br> Defendant. | Case No. 2:18-CR-252-RSL <br><br> ORDER GRANTING DEFENDANT'S MOTION TO STRIKE NOTING DATE IN GOVERNMENT'S MOTION IN LIMINE |

This matter comes before the Court on defendant Jose Luis Ramirez-Inda's "Motion to Strike Noting Date in Government's Motion in Limine." Dkt. #29. Motions were due on November 15, 2018. See Dkt. #18. The government timely filed its "Motion in Limine to Admit Trial Exhibits and Defendant's Statement" on November 15, 2018, and it was correctly noted for November 23, 2018. Dkt. #29. However, the government has no objection to the striking of the noting date pending the Court's decisions on other motions in the case.

For the foregoing reasons, defendant's motion is GRANTED.

DATED this 21st day of November, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO STRIKE
NOTING DATE - 1